```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 18411
   OCTAVIA LEE HILLIARD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4456


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/17/2008 and was not confirmed.

     The case was dismissed without confirmation 10/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
SPRINT                        UNSECURED       NOT FILED          .00           .00
SBC                           UNSECURED       NOT FILED          .00           .00
PEOPLES ENERGY                UNSECURED       NOT FILED          .00           .00
CHICAGO DEPT OF REVENUE       UNSECURED       10330.00           .00           .00
RCN 14 CHICAGO                UNSECURED       NOT FILED          .00           .00
RCN 14 CHICAGO                UNSECURED       NOT FILED          .00           .00
WOW HARVEY                    UNSECURED       NOT FILED          .00           .00
HOLLYWOOD VIDEO               UNSECURED       NOT FILED          .00           .00
SULLIVAN URGENT AID CENT      UNSECURED       NOT FILED          .00           .00
ST FRANCIS HOSPITAL           UNSECURED       NOT FILED          .00           .00
ST FRANCIS HOSPITAL           UNSECURED       NOT FILED          .00           .00
ST FRANCIS HOSPITAL           UNSECURED       NOT FILED          .00           .00
ST FRANCIS HOSPITAL           UNSECURED       4613.72            .00           .00
NCO MEDCLR                    UNSECURED       NOT FILED          .00           .00
NCO MEDCLR                    UNSECURED       NOT FILED          .00           .00
NCO MEDCLR                    UNSECURED       NOT FILED          .00           .00
SBC                           UNSECURED       NOT FILED          .00           .00
LINCOLN TOWING SERVIC IN      UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON           UNSECURED       NOT FILED          .00           .00
WHEELS OF CHICAGO             UNSECURED       NOT FILED          .00           .00
COMMUNITY HOSPITAL OUTPA      UNSECURED       3949.40            .00           .00
MUNSTER RADIOLOGY GROUP       UNSECURED       269.00             .00           .00
PATIENTS 1ST ER MEDICAL       UNSECURED       660.00             .00           .00
ERNESTO D BORGES JR           DEBTOR ATTY         .00                          .00
TOM VAUGHN                    TRUSTEE                                          .00
DEBTOR REFUND                 REFUND                                        300.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        300.00

PRIORITY                                              .00
SECURED                                               .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18411 OCTAVIA LEE HILLIARD
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                    300.00
                                      ---------------    ---------------
TOTALS                                       300.00             300.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/27/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE